**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 2, 2025**



John E. Hoffman, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 24-54658 |
| | : | |
| Dark Rhiino Security, Inc., | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Hoffman |

### ORDER GRANTING APPLICATION FOR EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA AS BANKRUPTCY COUNSEL TO THE DEBTOR (DOC. 29)

This matter is before the Court upon the *Application for Employment and Retention of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA as Bankruptcy Counsel to the Debtor* (Doc. 29) (the "Application") filed on November 26, 2024. Through the Application, Dark Rhiino Security, Inc., the debtor and debtor-in-possession (the "Debtor"), seeks to employ the law firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA as bankruptcy counsel to the Debtor.

The Application was served on the Debtor, the Office of the United States Trustee, the Subchapter V Trustee, the twenty largest unsecured creditors, all secured creditors and those other parties requesting notice. The time for filing an objection to the Application has lapsed and no

objection has been filed.

Based upon the matters contained in the Application and the Affidavit of John W. Kennedy attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA, as bankruptcy counsel to the Debtor should be, and it hereby is, APPROVED.

It is therefore ORDERED and DECREED that the employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA as attorneys for the Debtor shall be, and it hereby is, approved on the terms and conditions set forth in the Application.

IT IS SO ORDERED.


Submitted by:

  /s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH 43215
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
Email:  mnt@columbuslawyer.net
          jwk@columbuslawyer.net
Proposed Attorneys for Debtor

Default List Plus Top 20